# MINUTE ORDER

Page 17

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor   Date: 11/16/2021   Time: 2:00 p.m.

Defendant: 2)GERSON DAVID PANEZO-TENORIO   J#: 09617-104   Case #: 21-MJ-4226-OTAZO-REYES(SEALED)

AUSA: Annie Martinez   Attorney: ___

Violation: Warr/ED/TX/Indictment/Conspiracy to Manufacture /Distribute a Controlled Substance, Intending, Knowing, Having Reasonable Cause to Believe it would be Unlawfully Imported into the U.S

Surr/Arrest Date: 11/15/2021   YOB: 1993

Proceeding: Initial Appearance   CJA Appt: Hector Flores

Bond/PTD Held: ○ Yes  ⦿ No   Recommended Bond: PTD

Bond Set at: Temporary PTD   Co-signed by: ___

- [ ] Surrender and/or do not obtain passports/travel docs (circled)

Language: Spanish

- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Disposition:
- Brady Warning
- Case Unsealed
- Rights Sworn
- Indigent
- CJA csl appt

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: ___
(PTD)/Bond Hearing: 11/19 10:00 a.m. - Duty Miami
Prelim/Arraign or (Removal): ___
Status Conference RE: ___

D.A.R. 14:13:40, 16:25:36, 16:36:31   Time in Court: 10 min

s/Alicia M. Otazo-Reyes   Magistrate Judge